ANTHIME DOWNING, RESPONDENT, v. OXWELD ACETY-
LENE COMPANY, APPELLANT.

Argued May 17, 1934—Decided September 27, 1934.

For the respondent, *Edward G. Burke.*

For the appellant, *Kellogg & Chance.*

PER CURIAM.

The judgment under review herein should be affirmed, for
the reasons expressed in the opinion delivered by Mr. Justice
Heher in the Supreme Court.

*For affirmance*—THE CHANCELLOR, PARKER, LLOYD, BO-
DINE, DONGES, PERSKIE, VAN BUSKIRK, KAYS, DEAR, JJ.   9.

*For reversal*—CASE, HETFIELD, WELLS, JJ.   3.